IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOUNLAP MATMANIVONG, individually and on behalf of a class, | Civil Action No. 1:13-cv-05347 |
| Plaintiff, | Judge Kennelly |
| v. | NOTICE OF MOTION OF DEFENDANT NATIONAL CREDITORS CONNECTION, INC.'S MOTION TO STRIKE PLAINTIFF'S REPLY BRIEF |
| NATIONAL CREDITORS CONNECTION, INC., | |
| Defendant. | |

TO:  Catherine A. Ćeko, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL  60603

**PLEASE TAKE NOTICE** that on December 2, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Matthew F. Kennelly, U.S.D.J., U.S. District Court, Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 2103, Chicago, IL  60604 and shall there and then present **Defendant's Motion to Strike Plaintiff's Reply Brief**, which has been filed using the CM/CF system, and which has thereby been served upon you electronically.

FPDOCS 30252374.1

DATED: November 18, 2014          Respectfully Submitted,

By: /s/ Jason A. Storipan
JASON A. STORIPAN
For FISHER & PHILLIPS LLP
430 Mountain Avenue, Suite 303
Murray Hill, New Jersey 07974
Telephone: (908) 516-1050
Fax: (908) 516-1051
jstoripan@laborlawyers.com

Attorneys for Defendant
National Creditors Connection, Inc.

## CERTIFICATE OF SERVICE

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on November 18, 2014, I electronically filed the foregoing **Motion to Strike Plaintiff's Reply Brief** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Catherine Anne Ceko, Esq.
>Edelman, Combs, Latturner & Goodwin, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, IL 60603

thereby serving the same upon them.

/s/ Jason A. Storipan